**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **CONSUELO & JON GONZALES** § | |
|     **Plaintiffs** § | |
| § | |
| **v.** § | **Civil Action No.: 5:16-cv-01096-DAE** |
| § | |
| **LIBERTY MUTUAL INSURANCE** § | |
| **COMPANY** § | |
|     **Defendant** § | |

### RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel of record, comes Plaintiffs, Consuelo and Jon Gonzales, and Defendant, Liberty Mutual Insurance Company, who each and all do hereby stipulate and agree that this matter has been resolved, and that the above-referenced cause may be dismissed with prejudice with each party hereto to bear its own costs and expenses. The said parties pray that this Court issue an Order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

**APPROVED:**

*Sean M. Patterson*
_____
James M. McClenny
J. Zach Moseley
McClenny Moseley & Associates, PLLC
516 Heights Boulevard
Houston, Texas 77007
Telephone:  (713) 334-6121
Facsimile:   (713) 322-5953
james@mma-pllc.com
zach@mma-pllc.com

*Counsel for Consuelo and Jon Gonzales*



*Carrie Holloway*
_____
David R. Stephens
State Bar No. 19146100
Carrie Davis Holloway
State Bar No. 24028270
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone:  (210) 227-2200
Facsimile: (210) 227-4602
dstephens@lstlaw.com
cholloway@lstlaw.com

*Counsel for Liberty Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Stipulation of Voluntary Dismissal was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent on this 16th day of Dec. **2019**, to the following:

James M. McClenny
J. Zach Moseley
McClenny Moseley & Associates, PLLC
516 Heights Boulevard
Houston, Texas 77007
*Counsel for Consuelo and Jon Gonzales*

_____
Carrie Davis Holloway