IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CONSUELO & JON GONZALES<br>  Plaintiffs | §<br>§<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.: 5:16-cv-01096-DAE |
| LIBERTY MUTUAL INSURANCE<br>COMPANY<br>  Defendant | §<br>§<br>§<br>§ | |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice as to Liberty Mutual Insurance Company, with each party to bear its own costs.

San Antonio, Texas this 17 day of December, 2019.

_____
United States District Judge